UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA R. ALLEN,<br><br>        Plaintiff,<br><br>    v.<br><br>MISSILE DEFENSE AGENCY,<br><br>        Defendant. | Case No. 19-cv-08248-TSH<br><br>**ORDER TO SHOW CAUSE** |

On December 19, 2019, the Court granted Plaintiff Felicia Allen's application to proceed in forma pauperis and directed the U.S. Marshal to serve a copy of the complaint and summons upon Defendant Missile Defense Agency. ECF No. 5. A review of the docket shows the agency was served on May 13, 2020 (ECF Nos. 10, 11), yet it has not responded to Allen's complaint and has otherwise made no appearance. Accordingly, the Court **ORDERS** Defendant Missile Defense Agency to show cause why default should not be entered against it under Federal Rule of Civil Procedure 55. The agency shall file a responsive declaration by August 25, 2020.

The July 23, 2020 case management conference is **VACATED**.

**IT IS SO ORDERED.**

Dated: July 17, 2020

*(signature)*
THOMAS S. HIXSON
United States Magistrate Judge