UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA R. ALLEN,<br><br>        Plaintiff,<br><br>    v.<br><br>MISSILE DEFENSE AGENCY,<br><br>        Defendant. | Case No. 19-cv-08248-EMC<br><br>**ORDER TO SHOW CAUSE**<br><br>Docket No. 17 |

Pending before the Court is Defendant Missile Defense Agency's motion to dismiss, Docket No. 17, which is set for hearing on January 14, 2021. Plaintiff Felicia R. Allen has not filed an opposition or statement of non-opposition as required by Civil Local Rule 7-3. Accordingly, the Court hereby **VACATES** the hearing on Defendant's motion and orders Plaintiff to show cause as to why this action should not be dismissed for failure to prosecute. Plaintiff should file a response to this order to show cause, along with a response to Defendant's motion to dismiss, on or before **January 11, 2021**. If no response is received, this action may be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

**IT IS SO ORDERED**.

Dated: December 29, 2020

_____
EDWARD M. CHEN
United States District Judge