1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  VALERIE E. SMITH (CABN 5112164)
   Assistant United States Attorney
4
         450 Golden Gate Avenue, Box 36055
5        San Francisco, California 94102-3495
         Telephone: (415) 436-6985
6        FAX: (415) 436-7234
         Valerie.smith2@usdoj.gov
7
   Attorneys for Defendants
8
                        UNITED STATES DISTRICT COURT
9
                       NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN FRANCISCO DIVISION
11

12 | FELICIA R. ALLEN                    | Case No. 19-cv-08248-EMC
13 |        Plaintiff,                   |
   |                                     | **STIPULATION OF DISMISSAL WITH
14 |    v.                               | PREJUDICE PURSUANT TO
   |                                     | FED. R. CIV. P. 41(a)(1)(A)(ii)**
15 | MISSILE DEFENSE AGENCY,             |
16 |        Defendant.                   |

17

18     It is hereby stipulated by and between the undersigned Plaintiff FELICIA R. ALLEN and

19 Defendant LLOYD J. AUSTIN III, Secretary of the Department of Homeland Security, through his

20 counsel of record, as follows:

21     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant hereby

22 stipulate to dismiss with prejudice the above-captioned action.  Each party to bear his or her own costs

23 and attorneys' fees.

24

25

26

27

28

1  DATED: February 1, 2021                    Respectfully submitted,

                                              DAVID L. ANDERSON
                                              United States Attorney

                                              /s/ Valerie E. Smith
                                              VALERIE E. SMITH
                                              Assistant United States Attorney

                                              Counsel for Defendant

DATED: February 1, 2021

                                              /s/ Felicia R. Allen*
                                              FELICIA R. ALLEN
                                              Plaintiff

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests that each signatory has concurred in the filing of this document.

GRANTED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DATED: February 2, 2021

STIPULATION OF DISMISSAL WITH PREJUDICE
19-CV-08248 EMC